DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JONATHAN K. LEWIS,**
Appellant,

v.

**CACTUS CAR WASH,**
Appellee.

No. 4D18-16

[November 15, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael L. Gates, Judge; L.T. Case No. CACE 16-022490.

Jonathan Lewis, Fort Lauderdale, pro se.

Jeffrey M. Goodz of McGuinness & Cicero, Sunrise, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***